# Defense Exhibit 1

Danielle Williams

███████████

Auburn, Maine 04210

May 11, 2024

Dear Judge Boasberg,

I am writing this character letter to express my unwavering support for my dear friend Kim.

Kim is not just a friend but a remarkable individual whose actions speak volumes about her character. When she moved into our neighborhood ten years ago, her infectious personality instantly drew people to her. She introduced herself with warmth and sincerity, quickly forming connections and building friendships within the community.

Since then, Kim has become an integral part of our neighborhood, not only as a friendly face but also as someone who actively contributes to the well-being of those around her. She consistently demonstrates her compassion and generosity by selflessly helping her neighbors in various ways, from walking dogs and house-sitting to assisting with meals and neighborhood clean-ups.

When my husband (a local Sheriff's Deputy) was tragically shot in the line of duty this past February, Kim's response was nothing short of extraordinary. She immediately sprang into action, offering her support in any way she could. Kim went above and beyond to ensure that we felt cared for during such a challenging time. From preparing meals and buying groceries to checking in on my husband's well-being as a nurse, Kim's kindness and compassion provided immense comfort and support to our family during this difficult period.

In addition to these qualities, Kim is a loving mother and grandmother who plays an active and nurturing role in her family's life. Her dedication to her family is unwavering, and she strives to create a loving and supportive environment for her loved ones.

Beyond her acts of kindness, Kim exemplifies outstanding moral character in every aspect of her life. Her commitment to serving others is not just a duty but a way of life. She continuously goes above and beyond to support and uplift those in need, embodying the true essence of empathy and altruism.

Moreover, Kim's spiritual nature is evident in both her surroundings and her actions. Her home is adorned with items that reflect her deep connection to her spirituality, and she incorporates her beliefs into her daily life with sincerity and reverence.

I must also emphasize Kim's profound remorse for the incident that led her to this point. In all my interactions with her, I have witnessed firsthand the depth of her regret and sorrow. The mere mention of the incident brings her to tears, underscoring her genuine remorse and her commitment to seeking redemption.

In conclusion, I wholeheartedly vouch for Kim's integrity, kindness, and moral character. She is a compassionate soul who brings light and warmth wherever she goes. I have the utmost confidence in her ability to learn and grow from past experiences and to continue making positive contributions to our community.

Thank you for considering my perspective on Kim's character.

# Defense Exhibit 2

**Debra Orellana-Mejia**
159 Oxford st apt 207
Portland, ME 04101
(207) 274-1072
salgadodebbie21@yahoo.com

13th April 2024

**Letter Of Character:**

To Judge Boasberg,

I, Debra Orellana-Mejia, have known Kimberly Sylvester for ten years. Our friendship has grown throughout the years.  We have shared many wonderful memories both personally and professionally.  Kimberly and I have worked at New England Rehab Hospital in Portland caring for stroke and brain injury patients.  Working beside this selfless nurse sets an example on how to enhance quality of life for others.  She has done Christmas charity work for my church Iglesia El Sinai in Portland along with her family. Which was a huge blessing to the families in need.  Kimberly has gone on family trips with my family and I, and it has been a pleasure to share those memories.  My daughter and I were able to join her and her family and friends in 2019 for a trip to Normandy, France for the 75th D-Day celebration.  It was remarkable to be able to share that experience that she cherishes the most.  Especially since her parents served in the military, it's a way she can give back to the community and at the same time honor them and the men and women that serve our country. This letter is also, to let you know how remorseful Kimberly feels about the events that occurred on January 6. If you have any questions please feel free to send me an email.

Sincerely, Debra Orellana-Mejia

Defense Exhibit 3

May 09, 2024
To the Honorable Judge Boasberg,

I am writing to you with my personal recommendation for Kimberly Sylvester. I have known Kim since we traveled together on an Honor Flight to Washington DC in the spring/summer of
2022. We were part of their medical team. We roomed together and helped veterans when needed. I found Kim to be a thoughtful and caring nurse. She was hardworking and volunteered for every job that came up, from tying shoes, to changing soiled clothing, to being a friendly and attentive ear to veterans wanting to talk at the end of a very long and tiring day.
Kim's attitude was one of a helpful and compassionate person. She is very open, nonjudgmental and selfless. She has gone out of her way to show respect to members of the military and police whom we have encountered on our trips.
I thoroughly enjoyed working with Kim and getting to know her. We have done multiple trips with Honor Flight. We have kept in touch and talk often. She was an integral part of our team and she is greatly missed.

I found that we have similar interests in family activities and music. We began traveling to music venues and spending time together becoming very good friends in a short period of time. I know that Kim keeps an eye out for her neighbors. She helps by walking dogs, preparing meals and assisting with any chores they may need help with. Another of Kim's neighbors is a Deputy Sheriff who was recently shot in the line of duty. She has been helpful to him and his wife during his recovery.
Kim is a person who puts others needs ahead of her own and who genuinely cares for people. She has gone out of her way to be helpful and friendly with my neighbor, Ann, who is 93 years old. Ann often asks about Kim before we get into a conversation about anything else.

We have met each other's families. My daughter and granddaughters, ages 3 and 11, have become close with her. My daughter has had a very difficult time due to an abusive ex and as a result she is very protective of her children. Kim is one of four people that my daughter trusts with her children. The other three people are relatives. She allows her children to spend time with Kim and occasionally stay overnight at Kim's house.
I spend most of the winter in Florida with my elderly mother. When I am away, Kim steps up and lends a hand when she can with my granddaughters. She has been an absolute godsend during a difficult period.

I have spent considerable time with Kim and have had some very in depth conversations with her. She is brutally honest about her life experiences, what she has learned over time and is more than willing to offer advice when asked.

I am a retired Portland Maine Police Officer. I worked from 1987 to 2020 and was privileged to obtain extensive training and certification over the course of my career. My assignments included working patrol, conducting plainclothes investigations, and working warrant details. I trained as an evidence technician and as a Mounted Unit officer. I also worked as a School Resource officer. I was able to get certification for Crisis Intervention and firefighting and obtained my EMT license. I was also able to work part time when I could, with

the US Marshals District of Maine office from 1988 to 2020. I worked as a contract Deputy with the Marshals in the many aspects handling and taking care of prisoners. As well as sitting through jury selection, trial and sentencing phases as well.

Because of my Law Enforcement career, I am very careful about who I associate and spend time with. Kim has proven to be a kind and loyal friend who I can trust and rely on. I find Kim to be a genuine and caring person and am proud to call her my friend.

I have spoken with Kim at length about her actions on January 6 th , 2020. She answered all of my questions very truthfully and was very clear from our first conversation about accepting responsibility for her actions.

She is not someone that I would consider a danger to the community or at risk for further criminal action. (I'm not even sure that Kim had received a traffic ticket before this event happened.)

It is very evident to me that Kim is aware of the seriousness of the charges against her and understands how this will impact her life going forward. She has done some incredibly hard work on herself over the past several years and I believe she will continue to do so. Any leniency shown to Kim would not be taken lightly or for granted.

Thank you for your time.
Respectfully,

Cynthia Rumery Taylor

Defense Exhibit 4

My Statement to the Court

By Kimberly Sylvester

May 7, 2024

I will open by stating there is simply no punishment that will ever compare or exceed the self judgement and shame I have brought upon myself. The last several years of my life have been some of the hardest I have faced. I have gone through a period of estrangement with a close family member, a severe illness, the loss of my career and ability to volunteer to help the veterans of our nation, I hold so dear. This day of Jan 6 has also brought me nothing but regret, remorse, shame and reckoning with everyone and everything in my life.

The trip to Washington D.C. was intended to be nothing but a positive one. I was worried about our nation and was looking forward specifically, to the large prayer vigil that was to be held on January 5. Although it was cold and rainy, it was a peaceful and thoughtful event which included  prayers and singing of patriotic songs and hymns. The crowd was mostly middle aged and full of kind and friendly people.

On January 6, I went to hear the speech at the Ellipse. Afterwards, I walked with the crowd towards the Capitol and I stood among thousands of others at the front. Eventually, things started to get more chaotic, and that I realized, but I was completely oblivious to the violent events taking place out of my vision and would not truly know what had occurred until days and months after. I state with all honesty, I never saw a single person engaging in any inappropriate or combative behaviors with any of the law enforcement present until after I was already inside the building. It was the things I wasn't aware of, that would lead to me making a terrible and regrettable decision to "see" what was going on closer to the building. Then I went inside the building.

I have no reasonable or intelligent answer as to why I proceeded to enter the open doors into the building. Looking back, I think my curiosity as to what was happening would be my downfall. Had I known the full scope of events happening at that point, I would never had gotten any closer and certainly wouldn't have stepped inside, for any reason.

I have always supported the men and women of law enforcement just as I do those who wear a uniform and have pledged their lives to our country's military. I have displayed this again and again in my everyday life and actions. I was raised by two World War 2 veterans and have always held veterans in great regard. I also am surrounded by law enforcement officers. They are included in my family, close neighbors and closest friends and associates. I admire them and are appreciative of the difficult job they have stepped up to do, everyday.

I remember a few things from that fateful day, being inside of the Capitol. I remember seeing a physician speaking to the crowd and offering to help anyone who might need help. I remember seeing a large fire extinguisher laying in the middle of the floor and being puzzled as to how it got there. The most poignant thing I remember was walking into a room and seeing a large group of men angrily attempting to break down a door. I would later learn, this was the door to the house floor. At that point, I removed myself from this area and sheltered aside with a group of officers. I stayed there for quite some time with them, before deciding to try and find my way out.

As I was walking towards where I believed the exits were, I had an encounter with a young man wearing a "Coon-skin hat", who was very close to me in the crowd. He stated to me it was a good day to "kill someone". To say this shocked me, would be an understatement. I found an officer and again, stood next to him, speaking to him. I told him I wanted to leave the building and at this point, he led me down a staircase directly behind us to attempt to help me get out. The door was blocked and I ascended the stairs and again stood at his position. I stayed with him for awhile before deciding I had to figure out how to get out and away from the chaos and I did proceed to find an exit shortly after. It was around this time, I heard the emergency warning signal stating there was a curfew, on my phone and my friend and I immediately left the area and proceeded to return to the rental apartment.

Looking back, this is what I know now. I entered the building with pure stupidity and there is simply no excuse for that. I have told everyone I have discussed this with, I and only I, made that decision to walk in and I will be the one to pay for this decision, which will affect me the rest of my life. It is hard to live with the fact that I was a part of a crowd who ultimately caused

great harm to the Capitol police. I did not recognize at the time, the dynamics and the groups of people who were there that day, intending to reek havoc and commit serious crimes.

Prior to this day, I had never heard of the "Proud Boys" and had never seen Antifa members. These are not people I would ever associate with and am both embarrassed and regretful of being in their presence. As I have stated before, I do not identify with any of their stances and these are people I would never identify with or relate to, period.

My personal group of friends and associates come in all political parties, all religions and certainly all races, ethnic backgrounds and other identifying factors . I do not judge people by these things and quite the opposite, I find others who are different than myself, both interesting and vital to our country and our world, period. I love people, good people, people who help one another and people who are kind.

To be a part of this day in our country's history will always be a stain on my character. More than that however, is the "damage" it has done or may do to my family, friends and associates. I have apologized to my daughters and friends for what this has meant for them personally. I have learned to live with being Front page news again and again in my small town's newspaper and on every network, but they didn't ask for this.

It has also greatly affected my personal life and my livelihood, for which I can never regain. I spent my entire career helping others as a nurse, which was something I held in high regard. I cared for my patients as I would my own family. That has been taken from me, due to this one day of bad judgement. I was also proud to help local veterans return to see their monuments and to honor their service by volunteering on the medical team who assisted them back to Washington. I no longer can do this, due to my actions.

I will end by saying, I will continue on and make the most of this one life, I have been given, regardless of what lies ahead. I stand strong in my faith and I know that that will sustain me and make me a better person on the other side of all of this. I will continue to be the best Mother, Sister, Grandmother and friend I can be to my fellow man.  I will continue to help those who need a hand, in whatever way I can. That is who I am and that is who I will continue to be.

Defense Exhibit 5

# Examples of 2020 Political Riot Case Dismissals in Portland

SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**THOMAS S. RATCLIFFE, ILSB #6243708**
Assistant United States Attorney
Thomas.Ratcliffe@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00442-HZ** |
| **v.** | **MOTION TO DISMISS WITH PREJUDICE** |
| **JOSHUA M. WARNER,** <br>   **aka EVA WARNER,** | |
| **Defendant.** | |

The government moves the Court for an Order under Fed. R. Crim. P. Rule 48(a) to

dismiss with prejudice the indictment against Defendant, in the best interests of justice.

Defendant has successfully complied with the terms of the Deferred Resolution Agreement,

including performing at least 30 hours of community service.

Dated: December 21, 2021         Respectfully submitted,

                                    SCOTT ERIK ASPHAUG
                                    Acting United States Attorney

                                    ***/s/ Thomas S. Ratcliffe***
                                    THOMAS S. RATCLIFFE, ILSB #6243708
                                    Assistant United States Attorney

**Motion to Dismiss with Prejudice**                            **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PAMELA PAASO**
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00250-HZ** |
| **v.** | |
| **MARNIE SAMANTHA SAGER,** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITH PREJUDICE** |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the information filed on July 22, 2020 with

prejudice in the interest of justice.  Fed. R. Crim. P. 48(a).

Dated: February 19, 2021

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Pamela Paaso*
PAMELA PAASO
Assistant United States Attorney

**Motion to Dismiss Information with Prejudice**                                         **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-mj-00170** |
| **v.** | **MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE** |
| **THOMAS JOHNSON,** | |
| **Defendant.** | |

The United States of America, by and through counsel, respectfully moves this Court,

pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing

without prejudice the Complaint filed July 27, 2020, charging defendant with Assault on a

Federal Officer.

The government seeks this dismissal in the interests of justice.

Dated: October 22, 2020                    Respectfully submitted,

                                           BILLY J. WILLIAMS
                                           United States Attorney

                                           *s/ Parakram Singh*
                                           PARAKRAM SINGH, OSB #134871
                                           Assistant United States Attorney

**Motion to Dismiss Complaint**                                    **Page 1**
                                                          Revised March 2018

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00245-IM** |
| **v.** | **MOTION TO DISMISS WITH PREJUDICE COUNT 1 OF INFORMATION** |
| **JENNIFER LYNN KRISTIANSEN,** | |
| **Defendant.** | |

The United States of America, by and through counsel, respectfully moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing with prejudice Count 1 of the information filed July 21, 2020, charging defendant with Assault on a Federal Officer.

The government seeks this dismissal in the interests of justice.

Dated: October 9, 2020                    Respectfully submitted,

                                         BILLY J. WILLIAMS
                                         United States Attorney

                                         *s/ Parakram Singh*
                                         PARAKRAM SINGH, OSB #134871
                                         Assistant United States Attorney

**Motion to Dismiss Count 1 of Information**                    **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00374-BR** |
| **v.** | |
| **TAYLOR CHARLES LEMONS,** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the information filed on August 21, 2020

without prejudice in the interest of justice.  Fed. R. Crim. P. 48(a).

Dated: August 28, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

_s/ Pamela Paaso_
PAMELA PAASO
Assistant United States Attorney

**Motion to Dismiss Information without Prejudice**                                    **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00252-HZ** |
| **v.** | |
| | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| **GABRIEL REED HUSTON,** | |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the information filed on July 22, 2020

without prejudice in the interest of justice.  Fed. R. Crim. P. 48(a).

Dated: December 4, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

_s/ Pamela Paaso_
PAMELA PAASO
Assistant United States Attorney

**Motion to Dismiss Information without Prejudice**                                    **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00210-IM |
| **v.** | **MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| **THEODORE MATTHEE O'BRIEN,** | |
| **Defendant.** | |

The United States of America, by and through counsel, respectfully moves this Court,

pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing

without prejudice the Information filed July 7, 2020, charging defendant with Assault on a

Federal Officer.

The government seeks this dismissal in the interests of justice.

Dated: November 3, 2020                    Respectfully submitted,

                                           BILLY J. WILLIAMS
                                           United States Attorney

                                           *s/ Parakram Singh*
                                           PARAKRAM SINGH, OSB #134871
                                           Assistant United States Attorney

**Motion to Dismiss Information**                                    Page 1

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00278-JO** |
| **v.** | |
| **PABLO AVVACATO,** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the information filed on July 27, 2020

without prejudice in the interest of justice.  Fed. R. Crim. P. 48(a).

Dated: September 10, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

_s/ Pamela Paaso_
PAMELA PAASO
Assistant United States Attorney

**Motion to Dismiss Information without Prejudice**                                                              **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**ASHLEY R. CADOTTE, OSB #122926**
Assistant United States Attorney
Ashley.Cadotte@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00286-MO** |
| **v.** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITH PREJUDICE** |
| **IAN ALEC WOLF,** | |
| **Defendant.** | |

Plaintiff United States of America moves to dismiss this information with prejudice in the interest of justice. Defendant has completed the requirements for the deferred resolution agreement.

Dated: November 30, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Ashley R. Cadotte*
ASHLEY R. CADOTTE, OSB #122926
Assistant United States Attorney

**Motion to Dismiss Information with Prejudice**                                              **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00279-IM** |
| **v.** | |
| **DOUGLAS ROBERT DEAN,** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the information filed on July 27, 2020 without prejudice in the interest of justice. Fed. R. Crim. P. 48(a).

Dated: December 21, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Pamela Paaso*
PAMELA PAASO
Assistant United States Attorney

**Motion to Dismiss Information without Prejudice**                                    **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-mj-168** |
| **v.** | **MOTION TO DISMISS COMPLAINT WITH PREJUDICE** |
| **REBECCA MOTA GONZALEZ,** | |
| **Defendant.** | |

The United States of America respectfully moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing with prejudice the Complaint filed July 27, 2020, charging defendant with Assaulting a Federal Officer.

The government seeks this dismissal in the interests of justice.

Dated: January 20, 2021                              Respectfully submitted,

                                                     BILLY J. WILLIAMS
                                                     United States Attorney

                                                     *s/ Parakram Singh*
                                                     PARAKRAM SINGH, OSB #134871
                                                     Assistant United States Attorney

**Motion to Dismiss Complaint**                                           **Page 1**
                                                              Revised March 2018

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-mj-166** |
| **v.** | **MOTION TO DISMISS COMPLAINT WITH PREJUDICE** |
| **STEPHEN EDWARD O'DONNELL,** | |
| **Defendant.** | |

The United States of America respectfully moves this Court, pursuant to Rule 48(a) of

the Federal Rules of Criminal Procedure, for an order dismissing with prejudice the Complaint

filed July 26, 2020, charging defendant with Assaulting a Federal Officer.

The government seeks this dismissal in the interests of justice.

Dated: January 22, 2021                    Respectfully submitted,

                                           BILLY J. WILLIAMS
                                           United States Attorney

                                           *s/ Parakram Singh*
                                           PARAKRAM SINGH, OSB #134871
                                           Assistant United States Attorney

**Motion to Dismiss Complaint**                                      **Page 1**
                                                        Revised March 2018

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**ASHLEY R. CADOTTE, OSB #122926**
Assistant United States Attorney
Ashley.Cadotte@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00329-BR** |
| **v.** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITH PREJUDICE** |
| **JEFFREE CHEYENNE CARY,** | |
| **Defendant.** | |

     Plaintiff United States of America moves to dismiss this information with prejudice in the

interest of justice.  Defendant has completed the requirements for the deferred resolution

agreement.

Dated: January 21, 2021              Respectfully submitted,

                              BILLY J. WILLIAMS
                              United States Attorney

                              */s/ Ashley R. Cadotte*
                              ASHLEY R. CADOTTE, OSB #122926
                              Assistant United States Attorney

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO, TXSB #24060371
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00247-IM** |
| **v.** | |
| **JERUSALEM A. CALLAHAN,** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the information filed on July 22, 2020

without prejudice in the interest of justice.  Fed. R. Crim. P. 48(a).

Dated: February 16, 2021

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Pamela Paaso*
PAMELA PAASO
Assistant United States Attorney

**Motion to Dismiss Information without Prejudice**                    **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00255-SI** |
| **v.** | |
| **NICHOLAS KLOIBER,** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITH PREJUDICE** |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the information filed on July 23, 2020 with

prejudice in the interest of justice.  Fed. R. Crim. P. 48(a).

Dated: February 17, 2021

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Pamela Paaso*
PAMELA PAASO
Assistant United States Attorney

**Motion to Dismiss Information with Prejudice**                                    **Page 1**